Crystal Gross

**KREVOLIN | HORST** LLC
www.khlawfirm.com

Direct Dial (404) 835 9399
crystal@khlawfirm.com

June 18, 2018

Benjamin Thurman, Courtroom Deputy Clerk
 to the Hon. William S. Duffey, Jr.
United States District Court for the
 Northern District of Georgia, Atlanta Division
1721 Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

   RE: *Pamela Dwight, et al. v Brian Kemp*, Civil Action File No. 1:18-cv-02869-WSD

Dear Mr. Thurman:

  Pursuant to Northern District Local Rule 83.1(E)(3) regarding leaves of absence of not greater than twenty (20) consecutive days, please accept this letter requesting that no hearings or trials be calendared during the time periods of:

  **June 29 – July 9, 2018**

  **October 18-19, 2018**

  **October 31, 2018**

  **November 6-7, 2018**

  **November 21-26, 2018**

  **December 24, 2018 – January 2, 2019**

  Mr. Sparks will be away from the practice of law for business or family reasons. Applicant currently has no hearings or trials scheduled for the above-referenced matter during the requested leave periods.

           Sincerely,

           */s/ Adam M. Sparks*
           Adam M. Sparks
           GA Bar # 341578

cc: All counsel of record (via CM/ECF)

KH490485.DOCX 2

ONE ATLANTIC CENTER | 1201 WEST PEACHTREE STREET, NW | SUITE 3250 | ATLANTA, GEORGIA 30309 | PHONE 404.888.9700 | FAX 404.888.9577