# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**PAMELA DWIGHT, an individual;**    *
**BENJAMIN DOTSON, an individual;**    *
**HUDMAN EVANS, SR., an individual;**    *
**and MARION WARREN, an individual,**    *
     *
     *
     **Plaintiffs,**    *
     *    **CA No. 1:18cv02869-RWS**
**v.**    *
     *
**BRIAN KEMP, in his official capacity**    *
**as Secretary of State of the State of**    *
**Georgia,**    *
     *
     **Defendant.**    *

## DEFENDANT BRIAN KEMP'S
## MOTION TO DISMISS

Defendant, through counsel, hereby moves to dismiss Plaintiffs' Complaint pursuant to Rule 12(b)(6), Fed. R. Civ. Proc.

The basis for this motion is more fully set forth in the brief accompanying this motion.

Respectfully submitted,

CHRISTOPHER M. CARR
Attorney General      112505

ANNETTE M. COWART      191199
Deputy Attorney General

1

RUSSELL D. WILLARD     760280
Senior Assistant Attorney General

/s/Cristina Correia
CRISTINA CORREIA     188620
Senior Assistant Attorney General

Attorneys for Defendant

Please address all
Communication to:
CRISTINA CORREIA
Senior Assistant Attorney General
40 Capitol Square SW
Atlanta, GA  30334
ccorreia@law.ga.gov
404-656-7063
404-651-9325

## CERTIFICATE OF COMPLIANCE

I hereby certify that the forgoing Defendant's Motion to Dismiss was prepared in 14-point Times New Roman in compliance with Local Rules 5.1(C) and 7.1(D).

## Certificate of Service

I hereby certify that on July 5, 2018, I electronically filed this Motion to Dismiss using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Adam Martin Sparks
Halsey G. Knapp, Jr.
Krevolin & Horst, LLC
One Atlantic Center
1201 West Peachtree Street
Suite 3250
Atlanta, GA  30309

Abha Khanna
Perkins Coie-WA
1201 Third Avenue
48th Floor
Seattle, WA  98101-3099

Marc E. Elias
Perkins Coie-DC
700 Thirteenth Street, NW
Suite 600
Washington, DC  2005-2011

I hereby certify that I have mailed by United States Postal Service, postage prepaid, the document to the following non-CM/ECF participants:  NONE

This 5th day of July, 2018.

/s/Cristina Correia
Cristina Correia          188620
Senior Assistant Attorney General