IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAMELIA DWIGHT, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, <br><br> *Defendant.* | CIVIL ACTION <br><br> FILE NO. 1:18-cv-2869-RWS |

### SECRETARY OF STATE BRAD RAFFENSPERGER'S MOTION FOR SUMMARY JUDGMENT

Defendant Secretary of State Brad Raffensperger (Secretary Raffensperger) moves this Court for summary judgment in his favor pursuant to pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1. As shown by the attached Brief in Support of Secretary of State Brad Raffensperger's Motion for Summary Judgment, the Exhibits attached to and filed with that Brief, and the deposition testimony filed with this Court, there are no material issues of fact in dispute and, as a matter of law, Secretary Raffensperger is entitled to summary judgment on Plaintiffs' sole claim.

1

WHEREFORE, Secretary Raffensperger respectfully requests that this Court enter summary judgment in his favor and cast all costs against Plaintiffs.

Respectfully submitted this 1st day of May, 2019.

    Christopher M. Carr
    Attorney General
    Georgia Bar No. 112505
    Annette M. Cowart
    Deputy Attorney General
    Georgia Bar No. 191199
    Russell D. Willard
    Senior Assistant Attorney General
    Georgia Bar No. 760280
    Cristina M. Correia
    Senior Assistant Attorney General
    Georgia Bar No. 188620
    State Law Department
    40 Capitol Square, S.W.
    Atlanta, Georgia 30334
    Telephone: (404) 656-7063

    */s/ Bryan P. Tyson*
    Bryan P. Tyson
    Georgia Bar No. 515411
    btyson@taylorenglish.com
    Special Assistant Attorney General
    Taylor English Duma LLP
    1600 Parkwood Circle, Suite 200
    Atlanta, GA 30339
    770-434-6868 office

    Josh Belinfante
    Georgia Bar No. 047399

jbelinfante@robbinsfirm.com
Special Assistant Attorney General
Robbins Ross Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia  30318
678-701-9381 – Office
404-856-3250 – Fax

*Attorneys for Defendant Secretary of State Brad Raffensperger*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing SECRETARY OF STATE BRAD RAFFENSPERGER'S MOTION FOR SUMMARY JUDGMENT was prepared double-spaced in 13-point Century Schoolbook pursuant to Local Rule 5.1(C).

*/s/ Bryan P. Tyson*
Bryan P. Tyson
Georgia Bar No. 515411

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2019, I served the within and foregoing SECRETARY OF STATE BRAD RAFFENSPERGER'S MOTION FOR SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties to this matter via electronic notification or otherwise.

This 1st day of May, 2019.

>*/s/ Bryan P. Tyson*
>Bryan P. Tyson
>Georgia Bar No. 515411