UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAMELIA DWIGHT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia,<br><br>　　　　Defendant. | CIVIL ACTION NO.<br><br>1:18-CV-2869-JPB |

## ORDER

This matter came before the Court on Defendant's Motion for Summary Judgment [Doc. 65] and Plaintiffs' Motion for Partial Summary Judgment [Doc. 66]. Having reviewed the parties' filings, the Court believes oral argument is appropriate. The Court is particularly interested in hearing more about Plaintiffs' alleged delay in bringing the case and any alleged undue prejudice to Defendant resulting therefrom regarding Defendant's laches argument as it pertains to Plaintiffs' request for injunctive relief.

Because oral argument is appropriate in this case, Defendant's Motion for Summary Judgment [Doc. 65] and Plaintiffs' Motion for Partial Summary Judgment [Doc. 66] are **DENIED** as moot pending oral argument. The Clerk is

**DIRECTED** to terminate the pending motions [Doc. 65; Doc. 66], and the Clerk shall renew and resubmit the motions [Doc. 65; Doc. 66] upon the conclusion of the hearing.  The Court will issue a separate order setting the date and time for oral argument.

    **SO ORDERED** this 25th day of March, 2020.

                                                    _____
                                                 **J. P. BOULEE**
                                                 United States District Judge