IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAMELIA DWIGHT, an individual; BENJAMIN DOTSON, an individual; MARION WARREN, an individual; AMANDA HOLLOWELL, an individual; DESTINEE HATCHER, an individual; and WILBERT MAYNOR, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> BRAD RAFFENSPERGER, in his official capacity as Secretary of State of the State of Georgia, <br><br> Defendant. | Civil Action No. 1:18-cv-2869-JPB |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Pamelia Dwight, Benjamin Dotson, Marion Warren, Amanda Hollowell, Destinee Hatcher, and Wilbert Maynor, and Defendant Brad Raffensperger, in his official capacity as Secretary of State of the State of Georgia, hereby stipulate as follows:

1. The parties STIPULATE that this action, including all claims in Plaintiffs' Amended Complaint, shall be dismissed; and

2. The parties STIPULATE that each party shall bear their own fees and costs in connection with this litigation, including the costs of the Clerk of the Court.

Presented and Consented to this 13th day of April 2020 by:

By: */s/ Uzoma Nkwonta*
Marc E. Elias (admitted *pro hac vice*)
Bruce V. Spiva (admitted *pro hac vice*)
Uzoma N. Nkwonta (admitted *pro hac vice*)
Lalitha D. Madduri (admitted *pro hac vice*)
Daniel C. Osher (admitted *pro hac vice*)
**Perkins Coie LLP**
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6338
Facsimile: 202.654.9106
Email: MElias@perkinscoie.com
Email: BSpiva@perkinscoie.com
Email: UNkwonta@perkinscoie.com
Email: LMadduri@perkinscoie.com
Email: DOsher@perkinscoie.com

Abha Khanna (admitted *pro hac vice)*
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.7499
Email: AKhanna@perkinscoie.com

Christopher M. Carr
Attorney General
GA Bar No. 112505
Brian K. Webb
Deputy Attorney General
GA Bar No. 743580
Russell D. Willard
Senior Assistant Attorney General
GA Bar No. 760280
**State Law Department**
40 Capitol Square, S.W.
Atlanta, Georgia 30334

*/s/Bryan P. Tyson*
Bryan P. Tyson
Special Assistant Attorney General
Georgia Bar No. 515411
btyson@taylorenglish.com
Bryan F. Jacoutot
Georgia Bar No. 668272
bjacoutot@taylorenglish.com
Loree Anne Paradise
Georgia Bar No. 382202
lparadise@taylorenglish.com
**Taylor English Duma LLP**
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: 770-434-6868

| | |
|---|---|
| Halsey G. Knapp, Jr.<br>Georgia Bar No. 425320<br>Adam M. Sparks<br>Georgia Bar No. 341578<br>**KREVOLIN & HORST, LLC**<br>One Atlantic Center<br>1201 W. Peachtree St., NW, Suite 3250<br>Atlanta, GA 30309<br>Email: hknapp@khlawfirm.com<br>Email: sparks@khlawfirm.com<br>Telephone: (404) 888-9700<br>Facsimile: (404) 888-9577<br><br>*Attorneys for Plaintiffs* | Josh Belinfante<br>Georgia Bar No. 047399<br>jbelinfante@robbinsfirm.com<br>Special Assistant Attorney General<br>**Robbins Ross Alloy Belinfante Littlefield LLC**<br>500 14th Street, N.W.<br>Atlanta, Georgia 30318<br>678-701-9381 – Office<br>404-856-3250 – Fax<br><br>*Attorneys for Defendant Secretary of State Brad Raffensperger* |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D), I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of LR 5.1.

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2020, I filed a copy of the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta